PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
SEP 25 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVELY MAGALLON<br> aka "EVELYN MAGALLON FERNANDEZ"<br>and<br>FREDY FIGUEROESPINO,<br><br>Defendants. | CASE NO. 1:17-mj-00103-SKO<br><br>ORDER TO UNSEAL COMPLAINT |

It is hereby ORDERED that the Complaint in the above-captioned case is UNSEALED.

Dated: September 25, 2017

HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL                    1