**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Applicants /Petitioners Juan Roger Guerrero and Yesenia Guerrero

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:17-CR-00232-DAD- BAM |
| Plaintiff, | ) **STIPULATION TO CONTINUE TIME** |
| vs. | ) **FOR FILING OBJECTIONS TO** |
| | ) **MAGISTRATE JUDGE'S FINDINGS AND** |
| EVELYN MAGALLON, et al., | ) **RECOMMENDATION** |
| Defendants. | ) |
| | ) Judge:  Honorable Barbara McAuliffe |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that Objections To Magistrate Judge's Findings and Recommendation from the Evidentiary hearing of the Application/Petition to Reconvey Real Property Held as Security for Bail Bond, etc., in the above matter be continued to **February 4, 2022.**

   The continuance is requested by counsel for **Applicants/Petitioners Yesenia and Juan Guerrero** due to Counsel being ill form Covid-19. On December 30, 2021, Counsel and his only office employee began to suffer symptoms, both testing positive for Covid -19 on January 1, 2022. Symptoms have continued to and through January 17, 2022. Counsel still has minor symptoms, however, because he is beyond the quarantine period and is capable of returning to his office, he returned to work on January 18, 2022. The Objections To Magistrate Judge's Findings and Recommendation are due January 19 or 20th, 2022, however, because of Counsel's illness, he has

been prevented from performing the necessary work to complete the Objections. A continuance to February 4, 2022, is necessary for Applicants/Respondent's to be represented by adequate legal counsel and would allow Counsel the time and opportunity to prepare and file the Objections.

DATED: December 21, 2020          Respectfully Submitted,

                                                **DANIEL L. HARRALSON LAW CORPORATION**

                                                   /s/ Daniel L. Harralson
                                                DANIEL L. HARRALSON
                                                Attorney for Defendant

DATED: December 21, 2020          **UNITED STATES ATTORNEYS OFFICE**

                                                   /S/ Alyson Berg
                                                ALYSON BERG
                                                Attorney for United States

---------------------------------------------

# ORDER
-----

*GOOD CAUSE APPEARING, IT IS SO ORDERED*. That the Objections To Magistrate Judge's Findings and Recommendations due to be filed on January 19 or 20, 2022, be continued to February 4, 2022.

IT IS SO ORDERED.

    Dated:   **January 20, 2022**          /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25