UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 29, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREDY FIGUEROESPINO,<br><br>　　　　　Defendant. | Case No.  1:17-cr-00232-DC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>FREDY FIGUEROESPINO</u> ,

Case No. <u>1:17-cr-00232-DC</u> , Charge <u>21 USC § 846, 841(a)(1)</u>, from custody for the following reasons:

　　　　Release on Personal Recognizance

　　　　Bail Posted in the Sum of $ _____

　　**X**　Unsecured Appearance Bond $   55,000.00

　　　　Appearance Bond with 10% Deposit

　　　　Appearance Bond with Surety

　　　　Corporate Surety Bail Bond

　　**X**　(Other):  <u>The defendan't's release is delayed until 09/02/2025 no later than 9:00 AM.</u>

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 29, 2025, at 2:40 PM.

　　　　　　　　　　　　　　　　　　By:  *allison Claire*
　　　　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire